quashed, and the papers in this case are returned to the Superior Court so that the correctness of the grant of the motion to produce can be evaluated in the light of the principles set forth in the *McAlpine* foursome published on August 17, 1978. *Selya and Iannuccillo, Bruce M. Selya,* for Allendale Mutual Insurance Company, petitioner. *Gunning, LaFazia & Gnys, Inc., Raymond A. LaFazia,* for respondent.

M. P. No. 78-380.   AVNET, INC. *v.* ALLENDALE MUTUAL INSURANCE COMPANY *et al. v.* SITE CONSTRUCTION, INC. *et al.* The petition for certiorari is denied. *Feiner, Winsten & Landman, Richard D. Boriskin,* for petitioner Avnet, Inc. *Selya and Iannuccillo, Bruce M. Selya, Foster N. Acton,* for Allendale Mutual Insurance Company-respondent.

M. P. No. 78-391.   EDWARD SITKO *v.* DONALD D. TAYLOR. The petition for writ of habeas corpus is denied. *Edward Sitko,* pro se, for petitioner. *Dennis J. Roberts II,* Attorney General, *Thomas H. Caruolo,* Special Assistant Attorney General, for respondent.

M. P. No. 78-456.   JOHN R. McKENNA *et al. v.* CHARLES J. McKENNA, JR. The petition for writ of certiorari is denied and the stay previously granted in this case is vacated. *Pallozzi, Varone & Attilli, Leo P. Attilli,* for plaintiffs-respondents. *Adler Pollock & Sheehan Incorporated, Peter Lawson Kennedy, Michael Kelly,* for defendant-petitioner.

M. P. No. 78-464.   ALFREDINE SCHIAVULLI *v.* SCHOOL COMMITTEE OF THE TOWN OF NORTH PROVIDENCE. This is common law certiorari. After careful examination and study of the memoranda submitted by the litigants including the well reasoned rescript of the trial justice we are of the opinion that none of the issues raised by the petitioner merit appellate review. Accordingly, the petition for writ of certiorari is denied. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler,* for petitioner. *Robert S. Ciresi, Louis Baruch Rubinstein,* for respondent.